146 U.S. 619 (1892)
BROWN
v.
BAXTER.
No. 1123.
Supreme Court of United States.
Submitted December 12, 1892.
Decided December 19, 1892.
ERROR TO THE COURT OF APPEALS OF THE STATE OF KENTUCKY.
*620 Mr. T.L. Burnett and Mr. H.M. Lane for plaintiff in error.
Mr. W.J. Lisle for defendant in error.
THE CHIEF JUSTICE: The writ of error is dismissed upon the authority of Meagher v. Minnesota Co., 145 U.S. 608; Rice v. Sanger, 144 U.S. 197; Johnson v. Keith, 117 U.S. 199.